## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRENDA L. RAPOSA, as Administratrix of the Estate of Craig James Raposa,<br><br>*Plaintiff,*<br><br>vs.<br><br>NICHOLAS J. ARRUDA, ET AL., THOBOUTOT,<br><br>*Defendants,* | C.A. No. 14-298-M |

## DISMISSAL STIPULATION

This matter is dismissed with prejudice, each party to bear their own costs and attorney's fees.

| Plaintiff, | Defendants, |
|---|---|
| By her attorneys, | By their attorneys, |
| | |
| */s/Gil A. Bianchi, Jr.*_____ | */s/Marc DeSisto*_____ |
| Gil A. Bianchi, Jr. Esq. (#6421) | Marc DeSisto, Esq. (#2757) |
| Bianchi & Brouillard, P.C. | DeSisto Law LLC |
| The Hanley Building | 211 Angell Street |
| 56 Pine Street, Suite 250 | Providence, RI 02906 |
| Providence, RI 02903 | 401-272-4442 |
| 401-223-2990 | 401-272-9937 – fax |
| 401-531-1401 – direct | marc@desistolaw.com |
| 877-548-4539 – fax | |
| gbianchi@bbrilaw.com | |

August 30, 2016